UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CLINTON RUDY MAGNUS, | Civil No. 22-2706 (JRT/DJF) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Respondent. | |

---

Clinton Rudy Magnus, 1430 N. Oak Drive, Slayton, MN 56172, *pro se* petitioner.

Ana H Voss, Kristen Rau, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Mr. Magnus's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. [1]) is **DENIED AS MOOT**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 17, 2023　　　　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge